# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

MEMO ENDORSED

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 2, 2022

VIA ECF AND E-MAIL

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Robert Soto*, 21-cr-623-1 (KMK)

Dear Honorable Judge Karas:

I am writing regarding the above captioned matter to request an adjournment of the sentencing currently scheduled for February 17, 2022, at 2:00 p.m. for a date in April 2022.

As the Court is likely aware, there has been a recent surge in cases of COVID-19 over the last few weeks due, in part, to the emergence of the new Omicron variant. Mr. Soto is currently housed at the Westchester County Jail. My understanding is that all several housing units at the facility have been in quarantine over the last several weeks, therefore it is likely that if Mr. Soto were produced in person for his sentencing later this month it could put himself and others at risk of contracting COVID-19. It would also necessitate him having to quarantine upon being returned to the facility. It is his preference to have his sentencing proceed in person. Therefore, after consulting with counsel, he respectfully requests that his sentencing be adjourned.

I have reached out to Assistant United States Attorney Kevin Sullivan, and he has no objection to this request. To the extent any speedy trial rights are implicated, Mr. Soto consents to the exclusion of time.

Sincerely,

Elizabeth K. Quinn
Counsel for Robert Soto

cc: AUSA Kevin Sullivan (via e-mail)

Granted. The sentence will go forward on April 7, 2022 at 11:00 AM

SO ORDERED

KENNETH M. KARAS U.S.D.J.
2/2/2022